IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MICHAEL ALONZA RUFUS, )
)
    Petitioner-Appellant, )
)
v. ) Case No. CV 317-037
)
STATE BOARD OF PARDONS AND ) Appeal No. 17-14081-D
PAROLES, )
)
    Respondent-Appellee. )

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this ___12th___ day of January 2018.

HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA